# UNITED STATES DISTRICT COURT
## District of Minnesota

Kelvin Francisco Rodriguez,   **JUDGMENT IN A CIVIL CASE**

            Plaintiff,

v.   Case Number: 19-cv-2707 JRT/ECW

Mark Riley, Troy Appel, Evan Eggers, Worthington Police Department, City of Worthington,

            Defendants.

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

    this action is DISMISSED WITH PREJUDICE, each party to bear its own costs, disbursements, and attorney's fees.

Date: 12/1/2020   KATE M. FOGARTY, CLERK